DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOCA TIDE, LLC,**
Appellant,

v.

**SABIO RESTAURANT LLC, JAVIER LANZA,** and **TIM ZOMBEK,**
Appellees.

No. 4D20-959

[August 5, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502016CA010428XXXXMB.

Jeffrey V. Mansell and Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, and Yesica S. Liposky and Jerrad T. Howard of Dinsmore & Shohl, LLP, Tampa, for appellant.

David Steinfeld of Law Office of David Steinfeld, Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and FAHNESTOCK, FABIENNE E., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***